## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  ANDREA JANE FLOTO                    **CHAPTER 13 CASE**
                                             **NO. 22-30875**
NAME,

      **Debtor(s).**

---

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE.  RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS:  CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following:
Application to Employ Professional Persons pursuant to 11 U.S.C. §327

---

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor(s) desires to retain Maridi Huggins of the firm  Maridi Huggins Law in Birmingham [*City*], Jefferson County, Alabama, for the specific purpose of recovering damages arising out of a cause of action filed by the debtor(s) against Mike Sealy  .  This cause of action is in the nature of a personal injury action that occurred on or about June 27, 2021.  This attorney was previously retained by the Debtor.

I, Maridi Huggins, am duly licensed to practice law in the State of Alabama.

I, Maridi Huggins, was initially employed by the debtor to represent him/her and am familiar with the facts and legal issues involved in the case.

I, Maridi Huggins, do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted hereto is an affidavit executed by Maridi Huggins in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of The Bankruptcy Rules of Procedure. I, Maridi Huggins *[name of attorney being retained]* have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with Maridi Huggins *[name of attorney being retained]* for representation regarding the cause of action. The terms of the contract include Attorney's fees, plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter. The attorney understands he/she must make application to the Court for approval of his/her fees and expenses. However, if there is no recovery, Maridi Huggins *[name of attorney being retained]* acknowledges that the bankruptcy estate of Andrea Jane Floto *[debtor]* shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of Maridi Huggins *[name of attorney being retained]* to represent the estate in the cause of action filed by the Debtor. Upon settlement or completion of the cause of action, Maridi Huggins will apply to the Court for approval of

fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of <u>The Bankruptcy Rules of Procedure.</u>

Respectfully submitted this 13th day of <u>June</u> 2022.


<u>/s/ Maridi Huggins</u>
*[Name of attorney being retained]*

ADDRESS: PO Box 43272 Birmingham, AL 35243
PHONE AND FAX: tel: 205-616-1786; fax: 205-449-2178
EMAIL: Maridi@MaridiHugginsLaw.com

## CERTIFICATE OF SERVICE

I, Maridi Huggins, certify that I have served a copy of the foregoing APPLICATION TO EMPLOY PROFESSIONAL PERSON on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 13th day of June 2022.


<u>/s/ Maridi Huggins</u>
Name of Attorney being retained

Name and address of Debtor
Andrea Jane Floto
4412 Ray Dr.
Montgomery, AL 36109


Name and address of Debtor Attorney
Terry L. Danford
2267 Cong W L Dickinson Dr.
Montgomery, AL 36109

Sabrina L. McKinney, Chapter 13 Standing Trustee, via electronic mail

Danielle Greco, Bankruptcy Administrator, via electronic mail

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

**IN RE: Andrea Jane Floto**                    **CHAPTER 13 CASE**
                                                 **NO. 22-30875**

**NAME,**

     **Debtor.**

**STATE OF <u>ALABAMA</u>**
**COUNTY OF <u>JEFFERSON</u>**

### <u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF<br>PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE</u>

Before me the undersigned authority, a notary public, in and for said state and county, personally appeared <u>Maridi Huggins</u> *[name of attorney being retained]*, who, being duly sworn by me, deposes and says under oath as follows:

My name is <u>Maridi Huggins</u> *[name of attorney being retained]*. I am presently affiliated with <u>Maridi Huggins Law</u> *[name of law firm]* whose office is located at <u>PO Box 43272 Birmingham, AL 35243</u> *[provide street address, City, County, and State]*. I am an attorney duly admitted to the practice of law in the State of Alabama. I was engaged by the debtor to represent her/him regarding a cause of action against <u>Mike Sealy</u> *[name of defendants]* on *[date]*. The terms of my representation with the debtor are for compensation on a <u>33%</u> *[state terms of contract]* plus reimbursement of out-of-pocket expenses. However, if there is no recovery, the undersigned acknowledges the bankruptcy estate of <u>Andrea Jane Floto</u> *[name of debtor]* shall not be responsible for payment of any attorney's fees or for the reimbursement of any out-of-pocket expenses. To date, I have not received any compensation from the debtor or any other entity in connection with my representation. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also

approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: none *[name of referring or associated attorney]*.

I do not represent or hold any interest adverse to the debtor or the estate with respect to the matter upon which I am seeking to be employed.

I have no connection with the Trustee, creditors, Bankruptcy Administrator, or any other parties in interest, the debtor, or their respective attorneys, other than with the representation of the debtor in the lawsuit for which I am applying for my employment as a professional person for this specific purpose.

The facts as stated herein are true and correct in all cases where I have personal knowledge and other remaining facts and opinions are true and correct according to the best of my knowledge, information and belief. I understand that upon completion of this case, by settlement or otherwise, that I must make separate application for the approval of any settlements recovered on behalf of the debtor and/or the estate pursuant to LBR 9007-1. I also understand that I must make a separate application for the approval of my fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

*[Name of attorney being retained]*

**STATE OF** ALABAMA
**COUNTY OF** JEFFERSON
(Seal)

Sworn to and submitted before me on this the 13 day of June , 2022

Notary Public
My Commission expires: My Commission Expires 01/07/2026

My Commission Expires 01/01/\_\_\_\_